# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TIMOTHY IZACH MCCASLAND**                                                    PLAINTIFF

v.                      No. 4:23-cv-253-DPM

**BROCKMAN, Sgt., Faulkner County Detention Center; HUFFMAN, Captain, Faulkner County Detention Center; SCOTT, Lt., Faulkner County Detention Center; TIM RYALS; and DOES, Captain, "John" and "Jane," Faulkner County Detention Center**                             DEFENDANTS

## JUDGMENT

McCasland's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2023